In re Estate of Inman E. Vandry, deceased.

Clara Fisher, appellant, v. Bonnie M. Vandry et al., appellees. Gen. No. 34,783.

Heard in the
first division of this court for the first district at the April term,
1930. Opinion filed March 2, 1931.
Church, Haft, Robertson & Crowe, for appellant. Cochrane &
George, for certain appellee. Inman E. Vandry, Jr., by Frederick A.
Brown, his guardian *ad litem.*
Mr. Justice O'Connor delivered the opinion of the court.